**CARPENTER LAW GROUP**
Todd D. Carpenter (CA 234464)
402 West Broadway, 29th Floor
San Diego, California 92101
Telephone:   619.347.3517
Facsimile:   619.756.6991
todd@carpenterlawyers.com

**PATTERSON LAW GROUP**
James R. Patterson (CA 211102)
402 West Broadway, 29th Floor
San Diego, California 92101
Telephone: 619.398.4760
Facsimile:  619.756.6991
jim@pattersonlawgroup.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRAGAN VASIC, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>PREVENTION, L.L.C., a Delaware Limited Liability Company, NATURADE, OPERATING CORPORATION, a Delaware Corporation, and WALGREEN, CO., an Illinois Corporation,<br><br>    Defendants. | Case No. 3:13-cv-00941-AJB-KSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Dragan Vasic voluntarily dismisses with prejudice the above-entitled action against Defendants Prevention, L.L.C., Naturade Operating Corporation, and Walgreen Co.  This notice of dismissal is being filed with the Court before Defendants

answered the Complaint or filed a motion for summary judgment in accordance with F.R.C.P. Rule 41(a)(1)(A).  The claims of the putative class are dismissed without prejudice.

Dated:  July 23, 2013          **CARPENTER LAW GROUP**

By:  */s/ Todd D. Carpenter*
      Todd D. Carpenter (CA 234464)
      402 West Broadway, 29th Floor
      San Diego, California 92101
      Telephone:  619.347.3517
      Facsimile:   619.756.6991
      todd@carpenterlawyers.com

**PATTERSON LAW GROUP**
James R. Patterson (CA 211102)
402 West Broadway, 29th Floor
San Diego, California 92101
Telephone: 619.398.4760
Facsimile:  619.756.6991
jim@pattersonlawgroup.com

Attorneys for Plaintiff

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served July 23, 2013, with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

*/s/ Todd D, Carpenter*